1 **Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
2 **50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
3 **Telephone:   (916) 922-9270**
 **Facsimile:  (916) 922-2465**
4
**Attorney for Defendant**
5 **JOHN ALLEN LEE**

6

7 **IN THE UNITED STATES DISTRICT COURT FOR THE**

8 **EASTERN DISTRICT OF CALIFORNIA**
**-o0o-**
9

10 **UNITED STATES OF AMERICA,**      )      **CASE NO.: CR  S-08-324 GEB**
                                    )
11        **Plaintiff,**            )      **STIPULATION AND ORDER TO**
                                    )      **CONTINUE STATUS CONFERENCE,**
12 **v.**                           )      **EXCLUSION OF TIME UNDER**
                                    )      **SPEEDY TRIAL ACT**
13 **JOHN ALLEN LEE, et al.,**      )
                                    )
14        **Defendant.**            )
_____ )

15

16                    **STIPULATION**

17      Plaintiff, United States of America, by and through its counsel, Assistant United

18 States Attorney William Wong, and defendant, John Allen Lee, by and his counsel, Ron Peters, agree and

19 stipulate to vacate the existing status conference date in the above-captioned action, September 4, 2009  at

20 9:00 a.m., and to continue the matter to October 30, 2009 at 9:00 a.m., for status conference in the

21 courtroom of the Honorable Garland E. Burrell.

22      This continuance is requested by the defense to permit further discussion of the plea agreement with

23 the defendant who remains in custody in Oroville, California.  The Court is advised that Mr. Wong concurs

24 with the October 30, 2009 status conference date and have authorized Mr. Peters  to sign this stipulation

25 on his behalf.

26      The parties further agree and stipulate that the period for the filing of this stipulation

27 until October 30, 2009, should be excluded in computing time for commencement of trial under

28 the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv)

_____

        **U.S. vs. LEE**                              **STIPULATION AND ORDER TO**
                                                      **STATUS CONFERENCE**

1  and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for

2  effective presentation. It is further agreed and stipulated that the ends of justice served in

3  granting the continuance and allowing the defendant further time to prepare outweigh the

4  best interests of the public and the defendants in a speedy trial.

5  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  **IT IS SO STIPULATED**

7

8  DATE: 09/03/09                                         Respectfully submitted

9

10                                        By:        /s/Ron Peters
                                                     RON PETERS
11                                                   Attorney for Defendant
                                                     JOHN ALLEN LEE
12

13
   DATE: 09/03/09                          By:       /s/ William S. Wong
14                                                   William S. Wong
                                                     Assistant U.S. Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**U.S. vs. LEE**                                              **STIPULATION AND ORDER TO**
                                                              **STATUS CONFERENCE**

1

## ORDER FINDING EXCLUDABLE TIME

2       For the reasons set forth in the accompanying stipulation and declaration of counsel,

3 the status conference in the above-entitled action is continued to October 30, 2009 at 9:00 a.m.

4 The court finds excludable time in this matter from September 4, 2009 through October 30, 2009

5 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and

6 to allow reasonable time necessary for effective presentation. For the reasons stipulated by

7 the parties, the Court finds that the interest of justice served by granting the requested

8 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

9 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

10

11       **IT IS SO ORDERED.**

12 Dated:  October 13, 2009

13

14 _____
   GARLAND E. BURRELL, JR.
15 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**U.S. vs. LEE**                                   **STIPULATION AND ORDER TO**
                                                    **STATUS CONFERENCE**