**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
** Facsimile:   (916) 922-2465**

**Attorney for Defendant**
**JOHN ALLEN LEE**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR  S-08-324 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| JOHN ALLEN LEE, et al., ) | |
| Defendant. ) | |

The United States of America, through its counsels of record, Mc Gregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant John Allen Lee, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for November 20, 2009, at 9:00 am should be continued to December 11, 2009 at 9:00 a.m.

Ronald Peters, attorney for John Allen Lee will unavailable due to another court appearance in Alameda County. Defense counsel is requesting a continuance of this matter. The Court is advised that Mr. Wong concurs with the December 11, 2009 status conference date and has authorized Mr. Peters to sign this stipulation on his behalf.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision for the reasons states above from November 20, 2009, to and including December 11, 2009.

1 | DATE: 11/17/09

Respectfully submitted

3 | By: /s/Ron Peters
RON PETERS
Attorney for Defendant
JOHN ALLEN LEE

6 | DATE: 11/17/09

By: /s/ William S. Wong
William S. Wong
Assistant U.S. Attorney

## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to December 11, 2009 at 9:00 a.m. The court finds excusable time in this matter from November 20, 2009 through December 11, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

Dated: November 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge