LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOHN ALLEN LEE

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN ALLEN LEE,<br><br>　　　　Defendant. | Case No.:  2:08-CR-324 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　March 26, 2010<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for March 26, 2010 be continued to April 16, 2010. The parties are engaged in plea negotiations but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

///

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: March 25, 2010            by       /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          JOHN ALLEN LEE


DATED: March 25, 2010            by       /s/ Chris Cosca for
                                          William S. Wong
                                          Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for March 26, 2010 is continued to April 16, 2010 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 3/25/10

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -