HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOHN ALLEN LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JOHN ALLEN LEE,<br><br>          Defendant. | Case No.  2:08-cr-324 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  GARLAND E. BURRELL, JR. |

       Defendant, JOHN ALLEN LEE, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

       1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

       2.      On July 9, 2010, this Court sentenced Mr. Lee to a term of 137 months imprisonment on Count 1 (a violation of 21 U.S.C. § 841(a)(1)) and 120 months on Count 2 (a violation of 18 U.S.C. § 841(a)(1)), for a total term of 137 months;

3.      The counts were grouped under U.S.S.G. § 3D1.2.  The total offense level was 25, his criminal history category was VI, and the resulting guideline range was 110 to 137 months.  By operation of the statutory mandatory minimum, the range became 120 to 137 months;

4.      The sentencing range applicable to Mr. Lee was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Lee's total offense level has been reduced from 25 to 23, and his amended guideline range is 92 to 115 months.  By operation of the statutory mandatory minimum, the range becomes 120 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lee's term of imprisonment to 120 months.

Respectfully submitted,

Dated:  August 31, 2016

PHILLIP A. TALBERT
Acting United States Attorney


 /s/    Jason Hitt_____
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   August 31, 2016

HEATHER E. WILLIAMS
Federal Defender


/s/ Hannah R. Labaree_
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JOHN ALLEN LEE

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lee is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 92 to 115 months, which becomes a range of 120 months by operation of the statutory mandatory minimum.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2010 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lee shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  August 31, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge