HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOHN ALLEN LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:08-CR-00324-JAM |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION TO CONTINUE |
| | ) DISPOSITIONAL HEARING; ORDER |
| vs. | ) |
| | ) Date: January 26, 2021 |
| JOHN ALLEN LEE, | ) Time:  9:30 a.m. |
| | ) Hon.  John A. Mendez |
| Defendant. | ) |

The defendant, JOHN ALLEN LEE, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Mira Chernick, hereby stipulate that the dispositional hearing currently set for December 1, 2020, at 9:30 a.m. be continued to January 26, 2021, at 9:30 a.m. before the Honorable John A. Mendez.

Defense counsel requests the continuance in order to prepare for the dispositional hearing, including contacting Mr. Lee's family members and preparing a treatment plan for the Court's consideration.  Defense counsel believes this brief continuance will allow sufficient time to adequately prepare and present Mr. Lee's case for disposition of the supervised release violation.  Mr. Lee will be prepared to proceed by video for disposition on January 26, 2021.

/ / /

/ / /

/ / /

Stipulation for Continuance; Order

The proposed order for the requested continuance is attached to this request.

                                            Respectfully submitted,

DATED: November 19, 2020        HEATHER E. WILLIAMS

                                            Federal Defender

                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for JOHN ALLEN LEE

DATED: November 19, 2020        MCGREGOR SCOTT

                                            United States Attorney

                                            */s/ Mira Chernick*
                                            MIRA CHERNICK
                                            Assistant United States Attorney
                                            Attorney for the United States

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the dispositional hearing in this matter be continued to January 26, 2021 at 9:30 a.m.

DATED: November 19, 2020        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE